

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00347-CV

| | | |
|---|---|---|
| MARK MUSE, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Denton County (CV-2021-02902-JP) |
| V. | § | March 10, 2022 |
| ZHENYU MAO, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM